IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NATHAN CURTIS, | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION NO. 14-0379-CG-M |
| | ) | |
| vs. | ) | CRIMINAL NO. 12-00287-CG-M |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Petitioner's Motion to Vacate (Doc. 29) be **DENIED** and that this action be **DISMISSED**.  It is further **ORDERED** that any certificate of appealablity filed by Petitioner be **DENIED** as he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 19th day of February, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE