**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NATHAN CURTIS,** | ) | |
| | ) | |
| **Petitioner,** | ) | **CIVIL ACTION NO. 14-0379-CG-M** |
| | ) | |
| **vs.** | ) | **CRIMINAL NO. 12-00287-CG-M** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## <u>JUDGMENT</u>

In accordance with the Order entered this date, it is **ORDERED,**

**ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of

Respondent, the United States of America, and against Petitioner, Nathan Curtis.

**DONE and ORDERED** this 19th day of February, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE